1   TONY WEST
    Assistant Attorney General
2   SUSAN K. RUDY
    Assistant Branch Director
3   VESPER MEI (D.C. Bar #455778)
    Senior Counsel
4   United States Department of Justice
    Civil Division
5   Federal Programs Branch
    P.O. Box 883 – Rm 7316
6   Washington, DC 20044
    Telephone:  (202) 514-4686
7   Facsimile:  (202) 616-8470
    vesper.mei@usdoj.gov
8
    Attorneys for Defendants
9

**IT IS SO ORDERED**

*James Ware*

Judge James Ware

9/1/2009

10              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
11                    SAN JOSE DIVISION

12  HAIPING SU,                              )
                                             )
13          Plaintiff,                       )
                                             )
14  v.                                       )
                                             )
15  NATIONAL AERONAUTICS AND                 )
    SPACE ADMINISTRATION, an Agency          )
16  of the United States; CHRISTOPHER        )    Case No. C09-02838 JW (RS)
    SCOLESE, in his official capacity as Acting )
17  Administrator of NASA; SIMON PETER       )
    WORDEN, in his official capacity as      )    **STIPULATION RE:**
18  Director of NASA Ames Research Center;   )    **30-DAY EXTENSION OF TIME**
    ROBERT DOLCI, in an individual capacity  )    **TO ANSWER OR OTHERWISE**
19  and in his official capacity as Installation )  **RESPOND TO FIRST AMENDED**
    Security Chief at NASA Ames;             )    **COMPLAINT**
20  REGINALD WADDELL, in an individual       )
    capacity and in his official capacity at )
21  NASA; FEDERAL BUREAU OF                  )
    INVESTIGATION; ROBERT SWAN               )
22  MUELLER III, in his official capacity as )
    Director of the Federal Bureau of        )
23  Investigation; SHERMAN KWOK, in an       )
    individual capacity and in his official  )
24  capacity as an FBI Agent; TOM ROSS, in   )
    an individual capacity and in his official )
25  capacity at the FBI; and DOES -100,      )
                                             )
26          Defendants.                      )
    _____ )
27

28

1    Pursuant to Civil L. R. 6-1(a), the parties to this action stipulate to extend by thirty days,

2    or until October 8, 2009, the time within which the National Aeronautics and Space

3    Administration, the Federal Bureau of Investigation, the defendants sued in their official

4    capacities, and individual capacity defendants Robert Dolci and Reginald Waddell,[1] may answer

5    or otherwise respond to plaintiff's First Amended Complaint. Good cause exists for the

6    extension because defendants need the additional time to review the legal and factual bases

7    underlying the First Amended Complaint filed by plaintiff and determine the appropriate

8    response. This change will not alter the date of any event or any deadline already fixed by Court

9    order.

11   Dated: August 27 2009

                                        Vesper Mei
                                        U.S. Department of Justice
                                        Federal Programs Branch
                                        P.O. Box 883
                                        Washington, D.C. 20044
                                        Tel:    (202) 514-4686
                                        Fax:    (202) 616-8470

                                        *Attorney for Defendants*

18   Dated: August 27, 2009

                                        James McManis
                                        Michael Reedy
                                        Tyler Atkinson
                                        McManis Faulkner
                                        50 West San Fernando Street, 10th Floor
                                        San Jose, CA 95113

25        [1] Individual-capacity defendants Sherman Kwok and Patrick Ross (who was mistakenly
26   identified as "Tom Ross" in the Complaint), and Does 1-100, have not yet been properly served,
     and no response is yet due from them. Accordingly, this stipulation should not be construed to
27   apply to them.

28   Stipulation re: 30-day Extension of Time to Answer or Otherwise Respond to First Amended Complaint - PAGE 2

Tel:    (408) 279-8700
Fax:    (408) 279-3244

*Attorneys for Plaintiff*