| | |
|---|---|
| 1 | TONY WEST<br>Assistant Attorney General |
| 2 | SUSAN K. RUDY<br>Assistant Branch Director |
| 3 | VESPER MEI (D.C. Bar #455778)<br>Senior Counsel |
| 4 | United States Department of Justice<br>Civil Division |
| 5 | Federal Programs Branch<br>P.O. Box 883 – Rm 7316 |
| 6 | Washington, DC 20044<br>Telephone:  (202) 514-4686 |
| 7 | Facsimile:  (202) 616-8470<br>vesper.mei@usdoj.gov |
| 8 | |
| 9 | Attorneys for Defendants |



IT IS SO ORDERED
Judge James Ware
9/1/2009

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | | |
|---|---|---|
| HAIPING SU, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, an Agency of the United States; CHRISTOPHER SCOLESE, in his official capacity as Acting Administrator of NASA; SIMON PETER WORDEN, in his official capacity as Director of NASA Ames Research Center; ROBERT DOLCI, in an individual capacity and in his official capacity as Installation Security Chief at NASA Ames; REGINALD WADDELL, in an individual capacity and in his official capacity at NASA; FEDERAL BUREAU OF INVESTIGATION; ROBERT SWAN MUELLER III, in his official capacity as Director of the Federal Bureau of Investigation; SHERMAN KWOK, in an individual capacity and in his official capacity as an FBI Agent; TOM ROSS, in an individual capacity and in his official capacity at the FBI; and DOES -100, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. C09-02838 JW (RS)<br><br>**STIPULATION RE:**<br>**30-DAY EXTENSION OF TIME**<br>**TO ANSWER OR OTHERWISE**<br>**RESPOND TO FIRST AMENDED**<br>**COMPLAINT** |
| Defendants. | ) ) | |

1   Pursuant to Civil L. R. 6-1(a), the parties to this action stipulate to extend by thirty days, or until October 8, 2009, the time within which the National Aeronautics and Space Administration, the Federal Bureau of Investigation, the defendants sued in their official capacities, and individual capacity defendants Robert Dolci and Reginald Waddell,[1] may answer or otherwise respond to plaintiff's First Amended Complaint. Good cause exists for the extension because defendants need the additional time to review the legal and factual bases underlying the First Amended Complaint filed by plaintiff and determine the appropriate response. This change will not alter the date of any event or any deadline already fixed by Court order.

Dated: August 27, 2009

*Vesper Mei*
U.S. Department of Justice
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel:   (202) 514-4686
Fax:   (202) 616-8470

*Attorney for Defendants*

Dated: August 27, 2009

James McManis
Michael Reedy
Tyler Atkinson
McManis Faulkner
50 West San Fernando Street, 10th Floor
San Jose, CA 95113

---

[1] Individual-capacity defendants Sherman Kwok and Patrick Ross (who was mistakenly identified as "Tom Ross" in the Complaint), and Does 1-100, have not yet been properly served, and no response is yet due from them. Accordingly, this stipulation should not be construed to apply to them.

Stipulation re: 30-day Extension of Time to Answer or Otherwise Respond to First Amended Complaint - PAGE 2

| | |
|---|---|
| Tel: | (408) 279-8700 |
| Fax: | (408) 279-3244 |

*Attorneys for Plaintiff*

Stipulation re: 30-day Extension of Time to Answer or Otherwise Respond to First Amended Complaint - PAGE 3