1  TONY WEST
Assistant Attorney General
2  SUSAN K. RUDY
Assistant Branch Director
3  VESPER MEI (D.C. Bar #455778)
Senior Counsel
4  United States Department of Justice
Civil Division
5  Federal Programs Branch
P.O. Box 883 – Rm 7316
6  Washington, DC 20044
Telephone: (202) 514-4686
7  Facsimile: (202) 616-8470
vesper.mei@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| HAIPING SU, | ) |
|     Plaintiff, | ) |
| | ) Case No. C09-02838 JW |
| v. | ) |
| | ) STIPULATION TO CONTINUE |
| NATIONAL AERONAUTICS AND | ) ADR TELEPHONE CONFERENCE |
| SPACE ADMINISTRATION, et al., | ) |
|     Defendants. | ) |
| _____ | ) |

    Pursuant to Civil L. R. 6-1(a), the parties jointly request a continuance of the ADR telephone conference. On September 30, 2009, the parties filed a Notice of Need for ADR Phone Conference. While the parties have not agreed on an ADR process, the parties agree that no ADR process is appropriate in this case at this time. Accordingly, while ADR L.R. 3-5 requires a telephone conference with the ADR Director or Program Counsel, the parties hereby jointly request a continuation of this telephone conference.

    The Initial Case Management Conference is currently scheduled to take place on October 26, 2009; however, defendants anticipate filing a Motion to Dismiss on October 8, 2009, and have moved to continue that conference until after their Motion to Dismiss is decided. Defendants request that the ADR telephone conference be postponed until after disposition of

Stipulation to Continue ADR Telephone Conference- PAGE 1

their Motion to Dismiss.  Plaintiff requests that the telephone conference be postponed until November 30, 2009, even if the Motion to Dismiss has not yet been decided.  This change will not alter the date of any event or any deadline already fixed by Court order.

Dated: September 30, 2009

      /s/ Vesper Mei
Vesper Mei
U.S. Department of Justice
Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Tel:   (202) 514-4686
Fax:   (202) 616-8470

*Attorney for Defendants*

Dated: September 30, 2009

      /s/ Tyler Atkinson
Tyler Atkinson
McManis Faulkner
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Tel:   (408) 279-8700
Fax:   (408) 279-3244

*Attorney for Plaintiff*

**IT IS SO ORDERED:**

The ADR telephone conference is postponed until after the Court's disposition Defendant's Motion to Dismiss.  If the hearing and ruling on the Defendant's Anticipated  Motion to Dismiss is delayed by the Court's own schedule the parties are to contact the ADR program no later than  **November 30, 2009.**

Dated: October 5, 2009

      _/s/ James Ware_
United States District Court