TONY WEST
Assistant Attorney General
SUSAN K. RUDY
Assistant Branch Director
VESPER MEI (D.C. Bar #455778)
Senior Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883    Rm 7316
Washington, DC 20044
Telephone:  (202) 514-4686
Facsimile:  (202) 616-8470
vesper.mei@usdoj.gov

Attorneys for Defendants

IT IS SO ORDERED

*Judge James Ware*

12/23/2009

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

HAIPING SU,

     Plaintiff,

v.

NATIONAL AERONAUTICS AND
SPACE ADMINISTRATION, an Agency
of the United States; CHRISTOPHER
SCOLESE, in his official capacity as Acting
Administrator of NASA; SIMON PETER
WORDEN, in his official capacity as
Director of NASA Ames Research Center;
ROBERT DOLCI, in an individual capacity
and in his official capacity as Installation
Security Chief at NASA Ames;
REGINALD WADDELL, in an individual
capacity and in his official capacity at
NASA; FEDERAL BUREAU OF
INVESTIGATION; ROBERT SWAN
MUELLER III, in his official capacity as
Director of the Federal Bureau of
Investigation; SHERMAN KWOK, in an
individual capacity and in his official
capacity as an FBI Agent; TOM ROSS, in
an individual capacity and in his official
capacity at the FBI; and DOES -100,

     Defendants.

Case No. C09-02838 JW

**STIPULATION RE: 30-DAY
EXTENSION OF TIME
TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFF'S
COMPLAINT**

1    Pursuant to Civil L. R. 6-1(a), the parties to this action stipulate to extend by thirty days,

2    or until January 29, 2010, the time within which the defendants[1] may answer or otherwise

3    respond to plaintiff's First Amended Complaint.  If plaintiff files a Second Amended Complaint

4    by January 15, 2010, the parties stipulate that defendants may have until February 16, 2010 to

5    answer or otherwise respond.

6         Good cause exists for this extension because on December 16, 2009, this Court entered

7    an Order granting in part and denying in part defendants' Motion to Dismiss.  In that Order, the

8    Court directed that plaintiff file any amendment to his complaint by January 15, 2010.  If plaintiff

9    does not file a Second Amended Complaint, defendants' answer or other response to plaintiff's

10   First Amended Complaint is currently due on December 30, 2009, before plaintiff's amended

11   complaint would be due.  It would not be an efficient use of resources for defendants to answer

12   plaintiff's First Amended Complaint and then be required to further respond if plaintiff then filed

13   a Second Amended Complaint.  In addition, defendants require this extension because of the

14   Christmas holiday and the vacation schedules of counsel for defendants.  Finally, if plaintiff files

15   a Second Amended Complaint, defendants will require the additional time in order to review the

16   legal and factual bases underlying the Second Amended Complaint filed by plaintiff and

17   determine the appropriate response.  This change will not alter the date of any event or any

18   deadline already fixed by Court order.

19

20   Dated: December 22, 2009

21

22

23                                    /s/ Vesper Mei
                                     _____
                                     TONY WEST

24                                   Assistant Attorney General
                                     SUSAN K. RUDY

25                                   Assistant Branch Director

26   _____

27   [1] Does 1-100 have not yet been identified or served, and no response is yet due from
     them.  Accordingly, this stipulation should not be construed to apply to them.

28   Stipulation re: 30 Day Extension of Time to Answer or Otherwise Respond to Complaint   PAGE 2

1   VESPER MEI (D.C. Bar #455778)
    Senior Counsel
2   United States Department of Justice
    Civil Division
3   Federal Programs Branch
    P.O. Box 883    Rm 7316
4   Washington, DC 20044
    Telephone:  (202) 514-4686
5   Facsimile:  (202) 616-8470
    vesper.mei@usdoj.gov
6
    *Attorneys for Defendants*
7
8   Dated: December 22, 2009

9

10  _____

11  JAMES MCMANIS
    MICHAEL REEDY
12  TYLER ATKINSON
    McManis Faulkner
13  50 West San Fernando Street, 10th Floor
    San Jose, CA 95113
14  Tel:    (408) 279-8700
    Fax:    (408) 279-3244

15  *Attorneys for Plaintiff*

16

17

18

19

20

21

22

23

24

25

26

27

28  Stipulation re: 30 Day Extension of Time to Answer or Otherwise Respond to Complaint    PAGE 3