TONY WEST
Assistant Attorney General
SUSAN K. RUDY
Assistant Branch Director
VESPER MEI (D.C. Bar #455778)
Senior Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883   Rm 7316
Washington, DC 20044
Telephone:  (202) 514-4686
Facsimile:  (202) 616-8470
vesper.mei@usdoj.gov

Attorneys for Defendants

*IT IS SO ORDERED*
*Judge James Ware*
12/23/2009

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| HAIPING SU,<br><br>　　　Plaintiff,<br><br>v.<br><br>NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, an Agency of the United States; CHRISTOPHER SCOLESE, in his official capacity as Acting Administrator of NASA; SIMON PETER WORDEN, in his official capacity as Director of NASA Ames Research Center; ROBERT DOLCI, in an individual capacity and in his official capacity as Installation Security Chief at NASA Ames; REGINALD WADDELL, in an individual capacity and in his official capacity at NASA; FEDERAL BUREAU OF INVESTIGATION; ROBERT SWAN MUELLER III, in his official capacity as Director of the Federal Bureau of Investigation; SHERMAN KWOK, in an individual capacity and in his official capacity as an FBI Agent; TOM ROSS, in an individual capacity and in his official capacity at the FBI; and DOES -100,<br><br>　　　Defendants. | Case No. C09-02838 JW<br><br>**STIPULATION RE: 30-DAY EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to Civil L. R. 6-1(a), the parties to this action stipulate to extend by thirty days, or until January 29, 2010, the time within which the defendants[1] may answer or otherwise respond to plaintiff's First Amended Complaint. If plaintiff files a Second Amended Complaint by January 15, 2010, the parties stipulate that defendants may have until February 16, 2010 to answer or otherwise respond.

Good cause exists for this extension because on December 16, 2009, this Court entered an Order granting in part and denying in part defendants' Motion to Dismiss. In that Order, the Court directed that plaintiff file any amendment to his complaint by January 15, 2010. If plaintiff does not file a Second Amended Complaint, defendants' answer or other response to plaintiff's First Amended Complaint is currently due on December 30, 2009, before plaintiff's amended complaint would be due. It would not be an efficient use of resources for defendants to answer plaintiff's First Amended Complaint and then be required to further respond if plaintiff then filed a Second Amended Complaint. In addition, defendants require this extension because of the Christmas holiday and the vacation schedules of counsel for defendants. Finally, if plaintiff files a Second Amended Complaint, defendants will require the additional time in order to review the legal and factual bases underlying the Second Amended Complaint filed by plaintiff and determine the appropriate response. This change will not alter the date of any event or any deadline already fixed by Court order.

Dated: December 22, 2009

   /s/ Vesper Mei
TONY WEST
Assistant Attorney General
SUSAN K. RUDY
Assistant Branch Director

---

[1] Does 1-100 have not yet been identified or served, and no response is yet due from them. Accordingly, this stipulation should not be construed to apply to them.

Stipulation re: 30 Day Extension of Time to Answer or Otherwise Respond to Complaint   PAGE 2

|   |   |
|---|---|
| 1 | VESPER MEI (D.C. Bar #455778) |
| 2 | Senior Counsel |
|   | United States Department of Justice |
| 3 | Civil Division |
|   | Federal Programs Branch |
| 4 | P.O. Box 883   Rm 7316 |
|   | Washington, DC 20044 |
| 5 | Telephone: (202) 514-4686 |
|   | Facsimile: (202) 616-8470 |
| 6 | vesper.mei@usdoj.gov |

*Attorneys for Defendants*

Dated: December 22, 2009

JAMES MCMANIS
MICHAEL REEDY
TYLER ATKINSON
McManis Faulkner
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Tel:  (408) 279-8700
Fax:  (408) 279-3244

*Attorneys for Plaintiff*

Stipulation re: 30 Day Extension of Time to Answer or Otherwise Respond to Complaint   PAGE 3