TONY WEST
Assistant Attorney General
SUSAN K. RUDY
Assistant Branch Director
VESPER MEI (D.C. Bar #455778)
Senior Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883 – Rm 7316
Washington, DC 20044
Telephone: (202) 514-4686
Facsimile: (202) 616-8470
vesper.mei@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| HAIPING SU, | Case No. C09-02838 JW (HRL) |
| Plaintiff, | **STIPULATED REQUEST FOR ORDER GRANTING 4-DAY EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT, DECLARATION OF VESPER MEI** |
| v. | |
| NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al., | |
| Defendants. | |

Pursuant to Civil L. R. 6-2 and 7-12, the parties to this action stipulate to request an Order by this Court to extend by four days, or until February 22, 2010, the time within which the defendants may answer or otherwise respond to plaintiff's Second Amended Complaint. Good cause exists for the extension because due to the recent snowstorms in Washington, D.C., federal government offices (including the office of undersigned counsel for the defendants) were closed for four days from February 8 through February 11, 2010, rendering work and coordination with necessary individuals difficult. This change will alter only the due date of defendants' answer or other response to plaintiff's Second Amended Complaint, and will not alter any other event or any deadline already fixed by Court order.

Stipulated Request for Order Granting 4--day Extension to Answer or Otherwise Respond to SAC - PAGE 1

Dated: February 16, 2010

TONY WEST
Assistant Attorney General

SUSAN K. RUDY
Assistant Branch Director

_[signature]_

VESPER MEI (D.C. Bar #455778)
Senior Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883 – Rm 7316
Washington, DC 20044
Telephone: (202) 514-4686
Facsimile: (202) 616-8470
vesper.mei@usdoj.gov

*Attorneys for Defendants*

Dated: February 12, 2010

_[signature]_

James McManis
Michael Reedy
Tyler Atkinson
McManis Faulkner
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Tel:   (408) 279-8700
Fax:   (408) 279-3244

*Attorneys for Plaintiff*

PURSUANT TO STIPULATION, IT IS SO ORDERED

February 19, 2010
_____
Dated:

_[signature]_

JAMES WARE
United States District Judge

Stipulated Request for Order Granting 4-day Extension to Answer or Otherwise Respond to SAC - PAGE 2