TONY WEST
Assistant Attorney General
SUSAN K. RUDY
Assistant Branch Director
VESPER MEI (D.C. Bar #455778)
Senior Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883 – Rm 7316
Washington, DC 20044
Telephone: (202) 514-4686
Facsimile: (202) 616-8470
vesper.mei@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| HAIPING SU, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al., <br><br> Defendants. | Case No. C09-02838 JW <br><br> STIPULATION AND [PROPOSED] ORDER RE: ONE-WEEK ENLARGEMENT OF TIME FOR DEFENDANTS TO FILE REPLY IN FURTHER SUPPORT OF MOTION TO DISMISS |

Pursuant to Civil L. R. 6-2 and 7-12, and subject to approval of the Court, the parties to this action stipulate to request an Order by this Court to enlarge by one week the time for defendants to file their Reply brief in further support of their Motion for Partial Dismissal of Plaintiff's Second Amended Complaint. Defendants filed their Motion for Partial Dismissal on February 22, 2010, and noticed the hearing date on May 10, 2010, which was the first available date on Judge Ware's calendar that also fit the parties' schedules (at the time of the filing of the motion, the first available hearing date on Judge Ware's calendar was May 3). Under the local rules, plaintiff's opposition would be due on April 19, giving them eight weeks in which to respond, with defendants' reply due one week later, on April 26. Due to the press of business in this and other cases, and in order to be able to properly reply to any opposition that the plaintiff

Stipulation Re: One-Week Enlargement of Time for Defendants to File Reply Brief – PAGE 1

may file, defendants requested, and plaintiff agreed (so long as the court agrees as well), to shorten plaintiff's time for opposition by one week, giving them seven weeks, or until April 12, to oppose defendants' motion, and allowing defendants two weeks to reply. This enlargement will alter only the due date of plaintiff's opposition brief, and will not affect the noticed hearing date for the motion, or any event or deadline already fixed by Court order. The Declaration of Vesper Mei is provided in support of this Stipulated Request.

Dated: March 5, 2010

>TONY WEST
>Assistant Attorney General
>
>SUSAN K. RUDY
>Assistant Branch Director
>
>*/s/ Vesper Mei*
>VESPER MEI (D.C. Bar #455778)
>Senior Counsel
>United States Department of Justice
>Civil Division
>Federal Programs Branch
>P.O. Box 883 – Rm 7316
>Washington, DC 20044
>Telephone: (202) 514-4686
>Facsimile: (202) 616-8470
>vesper.mei@usdoj.gov
>
>*Attorneys for Defendants*

Dated: March 5, 2010

>*/s/ James McManis*
>James McManis
>Michael Reedy
>Tyler Atkinson
>McManis Faulkner
>50 West San Fernando Street, 10th Floor
>San Jose, CA 95113
>Tel:  (408) 279-8700
>Fax:  (408) 279-3244

Stipulation Re: One-Week Enlargement of Time for Defendants to File Reply Brief – PAGE 2

*Attorneys for Plaintiff*

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: March 8, 2010

*/s/ James Ware*
JAMES WARE
United States District Judge

Stipulation Re: One-Week Enlargement of Time for Defendants to File Reply Brief – PAGE 3