JAMES McMANIS (40958)
MICHAEL REEDY (161002)
TYLER ATKINSON (257997)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    408-279-8700
Facsimile:    408-279-3244
Email:        jmcmanis@mcmanislaw.com

Attorneys for Plaintiff, Dr. Haiping Su

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HAIPING SU,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, an Agency of the United States; CHARLES F. BOLDEN, JR. in his official capacity as the Administrator of NASA; SIMON PETER WORDEN, in his official capacity as Director of NASA Ames Research Center; ROBERT DOLCI, in his official capacity as Installation Security Chief at NASA Ames; REGINALD WADDELL, in his official capacity at NASA; and Does 1-100,<br><br>    Defendants. | Case No. C 09-02838 JW<br><br>STIPULATION AND [PROPOSED] ORDER RE: ENLARGEMENT OF TIME FOR PARTIES TO DISCLOSE EXPERTS AND REBUTTAL EXPERTS<br><br>[Civil Local Rule 6-2, 7-12] |

    Pursuant to Civil L.R. 6-2 and 7-12, and subject to approval of the Court, the parties to this action stipulate to request an Order by this Court (1) to enlarge by two weeks the time for the parties to serve on all other parties the name, address, qualifications, résumé and a written report which complies with Fed. R. Civ. P. 26(a)(2)(B), and correspondingly, (2) to enlarge by four weeks the time for the parties to disclose rebuttal expert witnesses.

    On June 24, 2010, the Court issued an Order Consolidating Cases; Setting Scheduling Order. This Order provides that the deadline to disclose experts is January 24, 2011, and the

deadline to disclose rebuttal experts is February 7, 2011. Plaintiff has retained an expert and will disclose this expert to defendant by the original January 24, 2011, date. However, due to the press of business for counsel and plaintiff's expert, and in order to prepare a satisfactory expert report, plaintiff requires additional time before the report can be tendered. Defendant has graciously agreed to extend the deadline for expert disclosures (so long as the Court approves the parties' stipulation), and will need time to prepare any rebuttal.

Therefore, pursuant to stipulation, the deadline for expert witness disclosures would be February 7, 2011, and the deadline for rebuttal expert witness disclosures would be March 7, 2011. This enlargement will alter only the due date of expert disclosures and rebuttal expert disclosures, and will not affect any hearing dates or deadlines already fixed by Court order other than the two aforementioned dates. The Declaration of Michael Reedy is provided in support of this Stipulated Request.

DATED: January 21, 2011

McMANIS FAULKNER

*/s/ Michael Reedy*
JAMES McMANIS
MICHAEL REEDY

Attorneys for Plaintiff, Dr. Haiping Su

DATED: January 21, 2011

UNITED STATES DEPARTMENT OF JUSTICE

*/s/ Vesper Mei*
VESPER MEI
KAREN SEIFERT
J. STEVEN JARREAU

Attorneys for Defendants

---
STIPULATION AND [PROPOSED] ORDER RE: ENLARGEMENT OF TIME FOR DISCLOSURE OF EXPERTS AND REBUTTAL EXPERTS; CASE NO. C 09-02838

2

1
2 **ORDER**
3
4        PURSUANT TO STIPULATION, IT IS SO ORDERED.
5
6   DATED:   January 25, 2011                    _/s/ James Ware_____
7                                                 UNITED STATES DISTRICT JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---
3
STIPULATION AND [PROPOSED] ORDER RE: ENLARGEMENT OF TIME FOR DISCLOSURE OF EXPERTS AND REBUTTAL EXPERTS; CASE NO. C 09-02838