IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Haiping Su, | NO. C 09-02838 JW |
|       Plaintiff,<br>  v. | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| National Aeronautics and Space Administration, et al., | |
|       Defendants. | |

This case is scheduled for a Preliminary Pretrial Conference on February 28, 2011. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Pretrial Conference Statement. (See Docket Item No. 136.) In the Joint Statement, Defendants indicate that they anticipate filing a dispositive Motion for summary judgment. (Id. at 3.) Based on the representation in the Joint Statement, the Court finds good cause to continue the Pretrial Conference.

Accordingly, the Court CONTINUES the Preliminary Pretrial Conference to **May 23, 2011 at 11 a.m.** to coincide with the Court's deadline for hearing dispositive motions in this case. On or before **May 13, 2011**, the parties shall file a Joint Pretrial Conference Statement which includes, *inter alia*, a good faith schedule as to how this case should proceed.

Dated: February 23, 2011

                                                JAMES WARE<br>
                                                United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James McManis jmcmanis@mcmanislaw.com
Joseph Steven Jarreau steven.jarreau@usdoj.gov
Karen Seifert karen.p.seifert@usdoj.gov
Karen Seifert karen.p.seifert@usdoj.gov
Michael Gannon Reedy mreedy@mcmanislaw.com
Richard Tyler Atkinson tatkinson@mcmanisfaulkner.com
Vesper Mei vesper.mei@usdoj.gov

**Dated:  February 23, 2011**                                  **Richard W. Wieking, Clerk**

                                                               **By:     /s/ JW Chambers**
                                                                        **Elizabeth Garcia**
                                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California