| | |
|---|---|
| JAMES MCMANIS (40958)<br>MICHAEL REEDY (161002)<br>TYLER ATKINSON (257997)<br>McMANIS FAULKNER<br>A Professional Corporation<br>50 West San Fernando Street, 10th Floor<br>San Jose, California 95113<br>Telephone:     408-279-8700<br>Facsimile:     408-279-3244<br>Email:            mreedy@mcmanislaw.com<br><br>Attorneys for Plaintiff, Dr. Haiping Su | *E-FILED 03-21-2011* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HAIPING SU,<br><br>            Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, an Agency of the United States; CHARLES F. BOLDEN, JR. in his official capacity as the Administrator of NASA; SIMON PETER WORDEN, in his official capacity as Director of NASA Ames Research Center; ROBERT DOLCI, in his official capacity as Installation Security Chief at NASA Ames; REGINALD WADDELL, in his official capacity at NASA; and Does 1-100,<br><br>            Defendants. | Case No. 5:09-cv-2838-JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING APRIL 26, 2011 HEARING**<br><br>[Re:  Docket No. 148] |

///

///

///

///

---
1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE APRIL 26, 2011 HEARING, CASE NO. 5:09-cv-2838-JW

1 | Currently the motions listed below are set for hearing on April 26, 2011 at 10:00am before Magistrate Judge Lloyd in Department 2:

    1) FBI's Motion to Quash Subpoenas for Deposition Testimony of Sherman Kwok and Patrick Ross;

    2) Defendants' Motion for a Protective Order for the Deposition of Wende Hower.

Due to a conflict on plaintiff's counsel's calendar, the parties hereby STIPULATE AND REQUEST that the hearing currently set for April 26, 2011 be rescheduled to May 3, 2011 at 10:00am.

DATED:  March 21, 2011                    McMANIS FAULKNER

                                                /s/  Michael Reedy
                                            JAMES McMANIS
                                            MICHAEL REEDY

                                            Attorneys for Plaintiff, Dr. Haiping Su

DATED:  March 21, 2011                    /s/     Karen P. Seifert
                                            TONY WEST
                                            Assistant Attorney General
                                            PHYLLIS J. PYLES
                                            Director, Torts Branch
                                            SUSAN K. RUDY
                                            Assistant Director, Federal Programs Branch
                                            VESPER MEI (D.C. Bar #455778)
                                            Senior Counsel, Federal Programs Branch
                                            KAREN P. SEIFERT (N.Y. Bar)
                                            Trial Attorney, Federal Programs Branch
                                            J. STEVEN JARREAU (D.C. Bar #414135)
                                            Trial Attorney, Torts Branch
                                            United States Department of Justice
                                            Civil Division
                                            P.O. Box 883 – Room 7316
                                            Washington, DC 20044
                                            Telephone:  (202) 514-4686
                                            Facsimile:  (202) 616-8470
                                            vesper.mei@usdoj.gov
                                            karen.p.seifert@usdoj.gov
                                            steven.jarreau@usdoj.gov
                                            *Attorneys for Defendants*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __March 21, 2011__    _____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE
HOWARD R. LLOYD