JAMES MCMANIS (40958)
MICHAEL REEDY (161002)
TYLER ATKINSON (257997)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    408-279-8700
Facsimile:    408-279-3244
Email:        mreedy@mcmanislaw.com
*Attorneys for Plaintiff*

TONY WEST
Assistant Attorney General
PHYLLIS J. PYLES
Director, Torts Branch
SUSAN K. RUDY
Assistant Director, Federal Programs Branch
VESPER MEI (D.C. Bar #455778)
Senior Counsel, Federal Programs Branch
KAREN SEIFERT (N.Y. Bar)
Trial Attorney, Federal Programs Branch
J. STEVEN JARREAU (D.C. Bar #414135)
Trial Attorney, Torts Branch
United States Department of Justice
Civil Division
P.O. Box 883 – Room 7316
Washington, DC 20044
Telephone:  (202) 514-4686
Facsimile:  (202) 616-8470
vesper.mei@usdoj.gov
karen.p.seifert@usdoj.gov
steven.jarreau@usdoj.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| HAIPING SU,<br><br>     Plaintiff,<br><br>v.<br><br>NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al.<br><br>     Defendants. | Case No. 5:09-cv-2838-JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR MOTION HEARING** |

---
1
STIPULATION CONTINUING DEADLINE FOR MOTION HEARING, CASE NO. 5:09-cv-2838-JW

Under the current scheduling order for this case, the last day for hearing on dispositive motions is May 23, 2011.

As of March 16, 2011, the Court's on-line scheduling notes indicate that the first date available for a motion hearing is June 27, 2011, because of the Court's scheduled move of Chambers to San Francisco. Undersigned counsel for plaintiff has a prior commitment on June 27, 2011. Accordingly, the parties hereby STIPULATE AND REQUEST that the deadline for hearings on dispositive motions for this case be extended to July 11, 2011. However, the parties further stipulate that the briefing schedule for the motion will be:

| | |
|---|---|
| May 16, 2011 | Last day to file dispositive motion |
| June 13, 2011 | Last day to file opposition to motion |
| June 27, 2011 | Last day to file reply to opposition |
| July 11, 2011 | Hearing on motion |

DATED: 3/18/2011

 /s/ Michael Reedy                              /s/     Karen P. Seifert

| | |
|---|---|
| JAMES MCMANIS (40958) | TONY WEST |
| MICHAEL REEDY (161002) | Assistant Attorney General |
| TYLER ATKINSON (257997) | PHYLLIS J. PYLES |
| McMANIS FAULKNER | Director, Torts Branch |
| A Professional Corporation | SUSAN K. RUDY |
| 50 West San Fernando Street, 10th Floor | Assistant Director, Federal Programs Branch |
| San Jose, California 95113 | VESPER MEI (D.C. Bar #455778) |
| Telephone:    408-279-8700 | Senior Counsel, Federal Programs Branch |
| Facsimile:     408-279-3244 | KAREN SEIFERT (N.Y. Bar) |
| Email:           mreedy@mcmanislaw.com | Trial Attorney, Federal Programs Branch |
| *Attorneys for Plaintiff* | J. STEVEN JARREAU (D.C. Bar #414135) |
| | Trial Attorney, Torts Branch |
| | United States Department of Justice |
| | Civil Division |
| | P.O. Box 883 – Room 7316 |
| | Washington, DC 20044 |
| | Telephone:  (202) 514-4686 |
| | Facsimile:  (202) 616-8470 |
| | vesper.mei@usdoj.gov |
| | karen.p.seifert@usdoj.gov |
| | steven.jarreau@usdoj.gov |
| | *Attorneys for Defendants* |

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

Dated: __March 21__, 2011      _____
JAMES WARE
UNITED STATES DISTRICT COURT CHIEF JUDGE