TONY WEST
Assistant Attorney General
PHYLLIS J. PYLES
Director, Torts Branch
SUSAN K. RUDY
Assistant Director, Federal Programs Branch
VESPER MEI (D.C. Bar #455778)
Senior Counsel, Federal Programs Branch
KAREN P. SEIFERT (N.Y. Bar)
Trial Attorney, Federal Programs Branch
J. STEVEN JARREAU (D.C. Bar #414135)
Trial Attorney, Torts Branch
United States Department of Justice
Civil Division
P.O. Box 883 – Room 7316
Washington, DC 20044
Telephone:  (202) 514-4686
Facsimile:  (202) 616-8470
vesper.mei@usdoj.gov
karen.p.seifert@usdoj.gov
steven.jarreau@usdoj.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| HAIPING SU,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al.<br><br>    Defendants. | Case No. 5:09-cv-2838-JW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR A LIMITED EXTENSION OF DISCOVERY DEADLINE RELATED TO PLAINTIFF'S REQUEST FOR PRODUTION OF DOCUMENTS AND INTERROGATORIES** |

      On February 17, 2011, plaintiff's counsel emailed plaintiff's Requests for Admission to Defendants, Special Interrogatories to Defendants, and Requests for Production of Documents to Defendants.  Under the Federal Rules of Civil Procedure, responses to these requests are due March 22, 2011.  The close of discovery in this case is set for March 28, 2011.  Defendants will produce responses to the Requests for Admission on March 22, 2011.

      However, defendants require additional time to produce the other responses.  The Special

1

Interrogatories are twenty-three in number. All but two of these interrogatories refer to defendants' responses to specific Requests for Admission, and require defendants to "state all facts upon which YOU base YOUR response, state the names, addresses, and telephone numbers of all PERSONS who have knowledge of those facts, and identify all DOCUMENTS that support your response by stating the author's name, the name of each recipient or intended recipient, the date of the creation or transmittal, or an estimate of the date, if no date appears on the DOCUMENT, and the general subject matter of the DOCUMENT or if no such description appears, then some other description sufficient to identify the DOCUMENT." Given the press of business in this case and the need for defendants' employees to sign such interrogatory responses, defendants require until April 1 to produce the interrogatory responses.

Plaintiff's Request for Production of Documents are twenty-one in number. These Requests seek an array of documents, including documents that are classified. Defendants began processing the Request upon receipt, and are still completing the search for responsive documents. Defendants require additional time to review and produce the responsive documents uncovered. Defendants also require additional time for declassification review, which requires inter-agency collaboration. Defendants require until April 8 to produce the unclassified documents, and defendants will also produce any declassified documents on that date or as soon as practicable thereafter. Defendants will continue to update plaintiff's counsel as to the status of production of declassified documents.

The parties agree that all motions to compel discovery based on this production will be filed no more than 7 days after each production.

The discovery deadlines in this matter have been modified only once. On January 25, 2011, the Court modified the expert discovery deadlines upon joint stipulation of the parties, setting February 7, 2011 as the deadline for disclosure of experts and March 7, 2011 as the

deadline for disclosure of rebuttal experts. Docket Entry #131. No other modifications have occurred to date.

The requested modification would have minimal impact on the case. Defendants seek additional time limited to these productions. Defendants do not believe the additional period of discovery will impact other discovery matters in this case.

Accordingly, the parties hereby STIPULATE AND REQUEST that the March 28, 2011 deadline for discovery be extended for the limited purpose of the aforementioned productions, as follows:

| | |
|---|---|
| April 1, 2011 | Production of responses to Special Interrogatories |
| April 8, 2011 | Production of unclassified documents responsive to Request for Production |
| April 8, 2011 or as soon as practicable thereafter | Production of declassified documents responsive to Request for Production |
| 7 days after each production | All motions to compel discovery for each production due |

DATED: 3/22/2011

/s/ Michael Reedy

JAMES MCMANIS (40958)
MICHAEL REEDY (161002)
TYLER ATKINSON (257997)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    408-279-8700
Facsimile:    408-279-3244
Email:    mreedy@mcmanislaw.com
*Attorneys for Plaintiff*

/s/    Karen P. Seifert

TONY WEST
Assistant Attorney General
PHYLLIS J. PYLES
Director, Torts Branch
SUSAN K. RUDY
Assistant Director, Federal Programs Branch
VESPER MEI (D.C. Bar #455778)
Senior Counsel, Federal Programs Branch
KAREN P. SEIFERT (N.Y. Bar)
Trial Attorney, Federal Programs Branch
J. STEVEN JARREAU (D.C. Bar #414135)
Trial Attorney, Torts Branch
United States Department of Justice
Civil Division
P.O. Box 883 – Room 7316
Washington, DC 20044
Telephone:  (202) 514-4686

Facsimile: (202) 616-8470
vesper.mei@usdoj.gov
karen.p.seifert@usdoj.gov
steven.jarreau@usdoj.gov
*Attorneys for Defendants*

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

Dated: __March 24, 2011__, 2011          _____
                                                                    JAMES WARE
                                                                    UNITED STATES DISTRICT COURT CHIEF JUDGE

---

4
STIPULATION CONTINUING DEADLINE FOR DISCOVERY, CASE NO. 5:09-cv-2838-JW