TONY WEST
Assistant Attorney General
PHYLLIS J. PYLES
Director, Torts Branch
SUSAN K. RUDY
Assistant Director, Federal Programs Branch
VESPER MEI (D.C. Bar #455778)
Senior Counsel, Federal Programs Branch
KAREN P. SEIFERT (N.Y. Bar)
Trial Attorney, Federal Programs Branch
J. STEVEN JARREAU (D.C. Bar #414135)
Trial Attorney, Torts Branch
United States Department of Justice
Civil Division
P.O. Box 883 – Room 7316
Washington, DC 20044
Telephone:  (202) 514-4686
Facsimile:  (202) 616-8470
vesper.mei@usdoj.gov
karen.p.seifert@usdoj.gov
steven.jarreau@usdoj.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| HAIPING SU,<br><br>  Plaintiff,<br><br>v.<br><br>NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al.<br><br>  Defendants. | Case No. 5:09-cv-2838-JW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR A LIMITED EXTENSION OF DISCOVERY DEADLINE RELATED TO DEFENDANTS' REQUESTS FOR ADMISSION, SET ONE** |

On February 25, 2011, defendants served plaintiff's counsel with Defendants' Requests for Admission to Plaintiff, Set One ("RFAs").  Plaintiff's counsel responded to those Requests on March 28, 2011, which was also the court-ordered date for the close of discovery.  Pursuant to Civil Local Rule 37-3, defendants must file any motion to compel with respect to these RFAs by April 4, 2011.

On March 31, 2011, defendants' counsel emailed counsel for plaintiff, pointing out

perceived deficiencies in a number of plaintiff's responses to the RFAs, and seeking revised responses. On April 2, plaintiff's counsel agreed to revise or supplement some of the responses to the RFAs, and agreed to do so by April 11, 2011, with a corresponding extension until April 18, 2011, of the date for defendants to file any motion to compel based on these responses.

To date, the discovery deadlines in this matter have been modified as follows: On January 25, 2011, the Court modified the expert discovery deadlines upon joint stipulation of the parties, setting February 7, 2011 as the deadline for disclosure of experts and March 7, 2011 as the deadline for disclosure of rebuttal experts. Docket Entry #131. On March 23, 2011, the Court extended until April 28, 2011, the deadline for certain depositions and the submission of rebuttal expert testimony by defendants, if necessary, pending decisions on Defendants' Motion to Compel and Motion to Strike Expert Report. Docket Entry #157. On March 24, 2011, the Court extended the discovery deadline for the limited purpose of allowing defendants extra time to respond to certain of plaintiff's written discovery requests, and the filing of any resulting motions to compel. Docket Entry #158. Also on March 24, 2011, the Court extended the discovery deadline to allow the deposition of one additional fact witness on April 11, 2011. Docket Entry #159.

The requested modification would have minimal impact on the case. Plaintiff seeks additional time to revise his RFA responses, as necessary. Defendants seek additional time to file any resulting motion to compel. The parties do not believe the additional period of discovery will impact other discovery matters in this case.

Accordingly, the parties hereby STIPULATE AND REQUEST that the March 28, 2011 deadline for discovery be extended for the limited purpose of the aforementioned productions, as follows:

April 11, 2011                Production of any revised responses to Defendants' RFAs to

|  |  |
|---|---|
| | Plaintiff, Set One |
| April 18, 2011 | Any motion to compel discovery for responses to Defendants' RFAs to Plaintiff, Set One |

DATED: 4/4/2011

| /s/ Michael Reedy | /s/ Vesper Mei |
|---|---|
| JAMES MCMANIS (40958)<br>MICHAEL REEDY (161002)<br>TYLER ATKINSON (257997)<br>McMANIS FAULKNER<br>A Professional Corporation<br>50 West San Fernando Street, 10th Floor<br>San Jose, California 95113<br>Telephone:   408-279-8700<br>Facsimile:   408-279-3244<br>Email:          mreedy@mcmanislaw.com<br>*Attorneys for Plaintiff* | TONY WEST<br>Assistant Attorney General<br>PHYLLIS J. PYLES<br>Director, Torts Branch<br>SUSAN K. RUDY<br>Assistant Director, Federal Programs Branch<br>VESPER MEI (D.C. Bar #455778)<br>Senior Counsel, Federal Programs Branch<br>KAREN P. SEIFERT (N.Y. Bar)<br>Trial Attorney, Federal Programs Branch<br>J. STEVEN JARREAU (D.C. Bar #414135)<br>Trial Attorney, Torts Branch<br>United States Department of Justice<br>Civil Division<br>P.O. Box 883 – Room 7316<br>Washington, DC 20044<br>Telephone:  (202) 514-4686<br>Facsimile:  (202) 616-8470<br>vesper.mei@usdoj.gov<br>karen.p.seifert@usdoj.gov<br>steven.jarreau@usdoj.gov<br>*Attorneys for Defendants* |

### [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

Dated:  __April 15, 2011__, 2011    _____
JAMES WARE
UNITED STATES DISTRICT COURT CHIEF JUDGE

---
3
STIPULATION CONTINUING DEADLINE FOR DISCOVERY, CASE NO. 5:09-cv-2838-JW