TONY WEST
Assistant Attorney General
PHYLLIS J. PYLES
Director, Torts Branch
SUSAN K. RUDY
Assistant Director, Federal Programs Branch
VESPER MEI (D.C. Bar #455778)
Senior Counsel, Federal Programs Branch
KAREN P. SEIFERT (N.Y. Bar)
Trial Attorney, Federal Programs Branch
J. STEVEN JARREAU (D.C. Bar #414135)
Trial Attorney, Torts Branch
United States Department of Justice
Civil Division
P.O. Box 883 – Rm 7316
Washington, DC 20044
Telephone:  (202) 514-4686
Facsimile:  (202) 616-8470
vesper.mei@usdoj.gov
karen.p.seifert@usdoj.gov
steven.jarreau@usdoj.gov

Attorneys for Defendants

*E-FILED 05-04-2011*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

HAIPING SU,

     Plaintiff,

v.

NATIONAL AERONAUTICS AND
SPACE ADMINISTRATION, et al.,

    Defendants.

Case No. 5:09-cv-2838-EJD-HRL

STIPULATION AND [PROPOSED]
ORDER CONTINUING MAY 24, 2011
HEARING FOR DEFENDANTS'
MOTION TO COMPEL

MODIFIED BY THE COURT

Defendants' Motion to Compel Responses to Requests for Admission (Docket #171) is

set for hearing on May 24, 2011 at 10:00 am before Magistrate Judge Lloyd.  However, due to a

conflict with undersigned defendants' counsel's calendar, the parties hereby STIPULATE and

REQUEST that the hearing on this motion currently set for May 24, 2011 be rescheduled to June

14, 2011 at 10:00 am.

1    This change does not impact the hearing for Plaintiff's Motion to Compel Answers to

2    Deposition Questions and to Requests for Admission, which is also set for hearing on May 24,

3    2011.  That motion hearing will be handled by a different attorney on behalf of defendants.

4

5

6    DATED:  May 2, 2011                          McMANIS FAULKNER

7

8                                                 /s/  Michael Reedy
                                                  JAMES McMANIS
9                                                 MICHAEL REEDY

10                                                Attorneys for Plaintiff, Dr. Haiping Su

11

12

13   DATED:  May 2, 2011                          /s/     Karen P. Seifert
                                                  TONY WEST
14                                                Assistant Attorney General
                                                  PHYLLIS J. PYLES
15                                                Director, Torts Branch
                                                  SUSAN K. RUDY
16                                                Assistant Director, Federal Programs Branch
                                                  VESPER MEI (D.C. Bar #455778)
17                                                Senior Counsel, Federal Programs Branch
                                                  KAREN P. SEIFERT (N.Y. Bar)
18                                                Trial Attorney, Federal Programs Branch
                                                  J. STEVEN JARREAU (D.C. Bar #414135)
19                                                Trial Attorney, Torts Branch
                                                  United States Department of Justice
20                                                Civil Division
                                                  P.O. Box 883 – Room 7316
21                                                Washington, DC 20044
                                                  Telephone:  (202) 514-4686
22                                                Facsimile:  (202) 616-8470
                                                  vesper.mei@usdoj.gov
23                                                karen.p.seifert@usdoj.gov
                                                  steven.jarreau@usdoj.gov
24                                                *Attorneys for Defendants*

25

26

27

28
STIPULATION AND [PROPOSED] ORDER TO CONTINUE MAY 24, 2011 HEARING, CASE NO. 5:09-cv-2838-EJD

1

### ORDER

2        PURSUANT TO STIPULATION, ~~IT IS SO ORDERED~~ the hearing on defendants'

3    discovery motion is continued to the next available date on this court's calendar:

4    **June 28, 2011, 10:00 a.m.**

     DATED: ___ May 4, 2011 _____

5                                               _____

6                                               Howard R. Lloyd
                                                UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE MAY 24, 2011 HEARING, CASE NO. 5:09-cv-2838-EJD