TONY WEST
Assistant Attorney General
PHYLLIS J. PYLES
Director, Torts Branch
SUSAN K. RUDY
Assistant Director, Federal Programs Branch
VESPER MEI (D.C. Bar #455778)
Senior Counsel, Federal Programs Branch
KAREN P. SEIFERT (N.Y. Bar)
Trial Attorney, Federal Programs Branch
J. STEVEN JARREAU (D.C. Bar #414135)
Trial Attorney, Torts Branch
United States Department of Justice
Civil Division
P.O. Box 883 – Room 7316
Washington, DC 20044
Telephone:  (202) 514-4686
Facsimile:  (202) 616-8470
vesper.mei@usdoj.gov
karen.p.seifert@usdoj.gov
steven.jarreau@usdoj.gov
*Attorneys for Defendants*

IT IS SO ORDERED
Judge Edward J. Davila

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| HAIPING SU,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al.<br><br>    Defendants. | Case No. 5:09-cv-2838-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING A BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  September 23, 2011<br>Time:  9:00 a.m.<br>Courtroom:  1 – 5th Floor<br>Judge:  The Honorable Edward J. Davila |

On April 27, 2011, this Court entered an Order vacating all previously scheduled hearings on motions.  Pursuant to the stipulation of the parties, the hearing date for dispositive motions in this case previously was set for July 11, 2011.

On May 5, 2011, the parties jointly called the Court and reserved the first available

---
STIPULATION SETTING BRIEFING SCHEDULE, CASE NO. 5:09-cv-2838-EJD

1

hearing date, September 23, 2011, at 9:00 a.m.  The parties further stipulate that the briefing schedule for the motion will be:

| | |
|---|---|
| July 15, 2011 | Last day to file dispositive motion |
| August 12, 2011 | Last day to file opposition to motion |
| August 26, 2011 | Last day to file reply to opposition |
| September 23, 2011 | Hearing on motion |

DATED:  May 10, 2011

  /s/  James McManis                     /s/ Vesper Mei

JAMES MCMANIS (40958)                TONY WEST
MICHAEL REEDY (161002)               Assistant Attorney General
TYLER ATKINSON (257997)              PHYLLIS J. PYLES
McMANIS FAULKNER                     Director, Torts Branch
A Professional Corporation           SUSAN K. RUDY
50 West San Fernando Street, 10th Floor   Assistant Director, Federal Programs Branch
San Jose, California 95113           VESPER MEI (D.C. Bar #455778)
Telephone:     408-279-8700          Senior Counsel, Federal Programs Branch
Facsimile:     408-279-3244          KAREN P. SEIFERT (N.Y. Bar)
Email:         mreedy@mcmanislaw.com  Trial Attorney, Federal Programs Branch
*Attorneys for Plaintiff*            J. STEVEN JARREAU (D.C. Bar #414135)
                                     Trial Attorney, Torts Branch
                                     United States Department of Justice
                                     Civil Division
                                     P.O. Box 883 – Room 7316
                                     Washington, DC 20044
                                     Telephone:  (202) 514-4686
                                     Facsimile:  (202) 616-8470
                                     vesper.mei@usdoj.gov
                                     karen.p.seifert@usdoj.gov
                                     steven.jarreau@usdoj.gov
                                     *Attorneys for Defendants*

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

Dated:  ____May 12,____, 2011        _____
                                     EDWARD J. DAVILA
                                     UNITED STATES DISTRICT COURT JUDGE