UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| HAIPING SU, | Case No. 5:09-cv-02838 EJD |
|---|---|
| Plaintiff(s), | **PRETRIAL ORDER (BENCH)** |
| v. | |
| NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et. al., | |
| Defendant(s). | |

On May 24, 2013, the parties appeared before Judge Edward J. Davila for a Preliminary Pretrial Conference. Based on the parties' Joint Preliminary Pretrial Conference Statement and the discussions held at the conference,

IT IS HEREBY ORDERED that the parties shall meet and confer in order to reach an agreement on whether to engage court-sponsored or private mediation. On or before **June 7, 2013**, the parties shall file the form entitled "Stipulation and (Proposed) Order Selecting ADR Process" indicating their selection.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Final Pretrial Conference | 11:00 a.m. on 11/8/13 |

1

Case No. 5:09-cv-02838 EJD
PRETRIAL ORDER (BENCH)

| Joint Final Pretrial Conference Statement and Motions *in Limine* | 10/25/13 |
|---|---|
| Proposed Findings of Fact and Conclusions of Law | 11/1/13 |
| Bench Trial | 12/2/13 (1/2 day a.m.); 12/3-12/5/13 (full days); 12/6/13 (1/2 day p.m.) |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re: Preliminary and Final Pretrial Conference and Trial Preparation, a copy of which is available from the Clerk of the Court,[1] with regard to all pretrial submissions.

**IT IS SO ORDERED.**

Dated:  May 28, 2013



EDWARD J. DAVILA
United States District Judge

---

[1]  A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order Re Pretrial Preparation."