**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HAIPING SU, | CASE NO. 5:09-cv-02838 EJD |
| Plaintiff(s), | **ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |
| v. | |
| NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et. al., | |
| Defendant(s). | |

Pursuant to ADR Local Rule 7-2, this case is referred to Magistrate Judge Jacqueline Scott Corley for a settlement conference to occur no later than 90 days from the date this order is filed.

**IT IS SO ORDERED.**

Dated: July 1, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:09-cv-02838 EJD
ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE