United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HAIPING SU,<br><br>            Plaintiff(s),<br>    v.<br><br>NATIONAL AERONAUTICS AND<br>SPACE ADMINISTRATION, et. al.,<br><br>            Defendant(s). | CASE NO. 5:09-cv-02838 EJD<br><br>**ORDER MODIFYING PRETRIAL ORDER** |

Due to a change in the court's availability, the Pretrial Order issued May 28, 2013 (see Docket Item No. 220), is modified such that the trial of this action shall now occur on the following dates and times:

| | |
|---|---|
| Bench Trial | 12/5/13 (full day); 12/6/13 (1/2 day p.m.); 12/9/13 (1/2 day a.m.); 12/10-12/11/13 |

**IT IS SO ORDERED.**

Dated:  November 22, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:09-cv-02838 EJD
ORDER MODIFYING PRETRIAL ORDER